Huey **BROWN**, Petitioner-Appellant,

v.

Louie L. **WAINWRIGHT**, Director, Division Of Corrections, State Of Florida, Respondent-Appellee.

No. 71-2484

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

Nov. 30, 1971.

Appeal from the United States District Court for the Middle District of Florida; George C. Young, Judge.

Chandler Muller, Winter Park, Fla. (Court Appointed), for petitioner-appellant.

P. A. Pacyna, Asst. Atty. Gen. of Fla., Tampa, Fla., for respondent-appellee.

Before BELL, AINSWORTH, and GODBOLD, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21;[1] Ward v. Wainwright, 5th Cir. 1971, 450 F.2d 409.

---

* Rule 18, 5 Cir., Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I.

1. See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.